PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:20CR03000 |
| Tom Brennan | |

On December 20, 2019 the above named was placed on probation/supervised release for a period of 36 Months. Mr. Brennan died on September 7, 2020. It is accordingly recommended that Mr. Brennan's supervision be formally terminated by the Court.

Respectfully submitted,

*[signature]*
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of September, 20 20.

*[signature]*
John M. Gerrard
Chief U.S. District Judge